FILED

DEC 2 1 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 16-13-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JACOB DALE FRIEND, | |
| Defendant. | |

The United States has moved for an order allowing Deputy United States Marshal-Candidate Christopher Fay to testify at the hearing on December 23, 2016, by video conference. The motion is unopposed.

ORDERED:

1. The United States' Unopposed Motion for Leave to Present Testimony Via Video Conferencing at Suppression Hearing[1] is GRANTED. Deputy United States Marshal-Candidate Christopher Fay may appear by video conference at the December 23, 2016, hearing.

---

[1] Doc. 25.

2. Counsel responsible for such appearance shall make all necessary video conference arrangements with Court systems staff by contacting the Systems Department in Butte, ((406) 497-1253). A successful video conference test must be conducted sufficiently in advance of the appearance to ensure that testing can be completed without imposition of unrealistic or inappropriate time and scheduling constraints upon systems personnel. The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this 21st day of December, 2016.

SAM E. HADDON
United States District Judge