IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

DEC 21 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-13-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| JACOB DALE FRIEND, | |
| Defendant. | |

Pending before the Court is Defendant's Unopposed Motion to Enlarge Time to File Plea Agreement and to Extend Other Pretrial Deadlines.

ORDERED:

1. Pretrial deadlines established in the Court's November 18, 2016, Order[1] are extended as follows:

| | |
|---|---|
| Plea agreement and offer of proof deadline or notice of intent to proceed to trial | **December 29, 2016** |

---

[1] Doc. 12.

-1-

| | |
|---|---|
| Jury instructions and trial briefs deadline | **December 30, 2016** |

2.  Trial remains as previously set on January 10, 2017, at 8:45 a.m.

DATED this 21st day of December, 2016.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge