

FILED

DEC 28

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 16-13-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JACOB DALE FRIEND, | |
| Defendant. | |

Upon the record made in open court on December 23, 2016, and December 28, 2016,

ORDERED:

Defendant's Motion to Suppress Evidence[1] is DENIED.

The trial shall commence on January 10, 2017, as previously scheduled.

DATED this 28th day of December, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 17.